LAW OFFICES OF
# RANDY E. THOMAS

| | | |
|---|---|---|
| Randy E. Thomas | 18826 N. Lower Sacramento Rd., Suite G | Telephone: (209) 369-9255 |
| Jeannine I. Maldonado | P.O. Box 717 | Facsimile: (209) 369-9288 |
| Barbara J. Thomas | Woodbridge, CA 95258-0717 | |

July 7, 2015

*Honorable Jacqueline Scott Corley*
*United States District Court*
*Northern District of California*

*Re: T&M v. Lennox Case No: 3:14-cv-05318-JSC*

Dear Judge Jacqueline Scott Corley,

Please be advised this office represents all of the Plaintiffs in the above-entitled action in your Court. This letter serves as a request for Plaintiff's counsel Randy Thomas and/or Barbara Thomas to appear before you telephonically for the upcoming July 9, 2015 Case Management Conference at 1:30 p.m. in your Court. Plaintiffs' counsel is located in Woodbridge, California, approximately 2 hours from San Francisco. In addition to the distance, Plaintiffs wish to appear telephonically as this case is currently still in the pleading stages as Plaintiffs are awaiting an answer to their third amended complaint from Defendants and Plaintiffs to not presume that the parties will require any extensive assistance from the Court with the case at the present time. Should the Court not permit Plaintiffs' counsel to appear telephonically at the upcoming Case management Conference, Plaintiffs' counsel will make arrangements to be present in Court at the required time.

Sincerely,

/s/ Barbara J. Thomas
Barbara J. Thomas
Law Office of Randy E. Thomas

It is hereby ORDERED that Plaintiffs' counsel Randy Thomas and/or Barbara Thomas be permitted to appear telephonically at the Case Management Conference before the Honorable Judge Jacqueline Scott Corley on July 9, 2015 at 1:30 p.m. in this Court.

Dated: July 8, 2015

_____
Jacqueline Scott Corley
United States District Court Judge
Northern District of California

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.