1  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
2  CHRISTOPHER B. BURTON (Bar No. 296582)
   3425 Brookside Road, Suite A
3  Stockton, CA  95219-1757
   Telephone:    (209) 473-6450
4  Facsimile:    (209) 473-6455
   mweber@downeybrand.com
5  cburton@downeybrand.com

6  Attorneys for Defendant/Counter-Claimant
   LENNOX INTERNATIONAL INC./
7  LENNOX INDUSTRIES INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

| 12 | T&M SOLAR AND AIR CONDITIONING INC., a California Corporation, JEREMY AND SABRINA NEWBERRY, ANDREW AND MAITHO HAYZEL CHAN, | CASE NO. 3:14-cv-05318-JSC |
|---|---|---|
| | | **STIPULATED REQUEST FOR ORDER CHANGING DATES AND DEADLINES IN THE PRETRIAL ORDER NO. 1; DECLARATION OF MATTHEW J. WEBER; [PROPOSED] ORDER** |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | LENNOX INTERNATIONAL INC., and DOES 1 through 20, inclusive, | |
| 18 | Defendants. | |
| 20 | LENNOX INDUSTRIES INC., | |
| 21 | Counter-Claimant, | |
| 22 | v. | |
| 23 | T&M SOLAR AND AIR CONDITIONING INC., a California Corporation, and TAKAYUKI YOSHIHAMA, an individual, | |
| 25 | Counter-Defendants. | |

27       Pursuant to U.S. District Court, Northern District of California, Local Rules 6-1(b), 6-2,
28  and 7-12, Defendant and Counter-Claimant LENNOX INDUSTRIES INC. ("Lennox"), Plaintiff

1431511.1                              1

and Counter-Defendant T&M SOLAR AND AIR CONDITIONING INC., Plaintiffs JEREMY AND SABRINA NEWBERRY and ANDREW AND MAITHO HAYZEL CHAN, and Counter-Defendant Takayuki Yoshihama (collectively referred to as "Parties") enter this stipulated request for an extension of certain dates and deadlines in the Pretrial Order No. 1, entered by this Court on July 10, 2015, by thirty (30) days.

As explained in the Declaration of Matthew J. Weber, due to conflicting schedules of counsel for the Parties, the Parties have been unable to schedule a number of key depositions prior to the currently-scheduled February 12, 2016 fact discovery cut-off. However, the Parties have agreed to schedule these depositions on dates prior to the end of February 2016, if this Court approves of the Parties' request. In particular, the Parties currently have depositions scheduled for February 9, 12, 15, 24, and 26, 2016. Accordingly, a 30-day extension of certain dates and deadlines in the Pretrial Order No. 1 will ensure that the Parties are able to conduct the discovery necessary to this action.

In particular, the Parties hereby request that this Court extend certain dates and deadlines contained in the Pretrial Order No. 1 by thirty (30) days as follows:

- Fact Discovery Cut-Off:                March 14, 2016
- Expert Witness Disclosures:            March 21, 2016
- Rebuttal Expert Witness Disclosures:   April 18, 2016
- Further Case Management Conference:    April 14, 2016 at 1:30 p.m.
- Expert Discovery Cutoff:               May 16, 2016
- Deadline for Hearing Dispositive Motions: June 20, 2016

The Court has not previously altered the dates contained in the Pretrial Order No. 1. The Court has previously made the following time modifications in this case:

- The Court continued the initial case management conference from March 6, 2015 to April 23, 2015, per the stipulated request of the Parties (Docket No. 39).

1431511.1

2

- The Court continued the initial case management conference from April 23, 2015 to May 28, 2015, by its own order (Minute Entry on March 19, 2015).

- The Court extended Lennox's deadline to files its response to Plaintiffs' Second Amended Complaint from April 28, 2015 to May 5, 2015, per the stipulated request of the Parties (Docket No. 49).

- The Court continued the initial case management conference from May 28, 2015 to June 11, 2015, by its own order (Docket No. 57).

- The Court continued the initial case management conference from June 11, 2015 to July 9, 2015, by its own order (Docket No. 63).

- The Court continued the date of a settlement conference in this action from December 4, 2015 to January 22, 2016, per the stipulated request of the Parties (Docket No. 77).

SO STIPULATED.

DATED: January 14, 2016           DOWNEY BRAND LLP


                                  By:_____/s/ Matthew J. Weber_____
                                      MATTHEW J. WEBER
                                  Attorneys for Defendant and Counter-Claimant
                                      LENNOX INDUSTRIES INC.


DATED: January 14, 2016           LAW OFFICE OF RANDY E. THOMAS


                                  By:_____/s/ Randy E. Thomas_____
                                      RANDY E. THOMAS
                                  Attorneys for Plaintiff/Counter-Defendant T&M
                                  SOLAR AND AIR CONDITIONING INC.,
                                  Plaintiffs JEREMY AND SABRINA
                                  NEWBERRY and ANDREW AND MAITHO
                                  HAYZEL CHAN, and Counter-Defendant
                                  Takayuki Yoshihama

## DECLARATION OF MATTHEW J. WEBER

1. I am an attorney licensed to practice law in the State of California and am the attorney for Defendant and Counter-Claimant LENNOX INDUSTRIES INC. in the above-referenced action.

2. I make this declaration in support of the Parties' Stipulated Request for Order Changing Dates and Deadlines in the Pretrial Order No. 1.

3. Due to conflicting schedules of counsel for the Parties, the Parties have been unable to schedule a number of key depositions prior to the currently-scheduled February 12, 2016 fact discovery cut-off. However, the Parties have agreed to schedule these depositions on dates prior to the end of February 2016, if this Court approves of the Parties' request. In particular, the Parties currently have depositions scheduled for February 9, 12, 15, 24, and 26, 2016. Accordingly, a 30-day extension of certain dates and deadlines in the Pretrial Order No. 1 will ensure that the Parties are able to conduct the discovery necessary to this action.

4. In particular, the Parties request that this Court extend certain dates and deadlines contained in the Pretrial Order No. 1 by thirty (30) days as follows:

- Fact Discovery Cut-Off:                      March 14, 2016
- Expert Witness Disclosures:                  March 21, 2016
- Rebuttal Expert Witness Disclosures:         April 18, 2016
- Further Case Management Conference:          April 14, 2016 at 1:30 p.m.
- Expert Discovery Cutoff:                     May 16, 2016
- Deadline for Hearing Dispositive Motions:    June 20, 2016

5. The Court has not previously altered the dates contained in the Pretrial Order No. 1. The Court has previously made the following time modifications in this case:

- The Court continued the initial case management conference from March 6, 2015 to April 23, 2015, per the stipulated request of the Parties (Docket No. 39).

1431511.1

4

- The Court continued the initial case management conference from April 23, 2015 to May 28, 2015, by its own order (Minute Entry on March 19, 2015).

- The Court extended Lennox's deadline to files its response to Plaintiffs' Second Amended Complaint from April 28, 2015 to May 5, 2015, per the stipulated request of the Parties (Docket No. 49).

- The Court continued the initial case management conference from May 28, 2015 to June 11, 2015, by its own order (Docket No. 57).

- The Court continued the initial case management conference from June 11, 2015 to July 9, 2015, by its own order (Docket No. 63).

- The Court continued the date of a settlement conference in this action from December 4, 2015 to January 22, 2016, per the stipulated request of the Parties (Docket No. 77).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of January 2016 in Stockton, California.

/s/ Matthew J. Weber
-----------------------------
Matthew J. Weber

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/14/2016

*Jacqueline Scott Corley*
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT